IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C23 | : : : : : : : : : | CIVIL ACTION |
| v. | : : | |
| SPRING GARDEN EAST, LP | : | NO. 12-3580 |

ORDER

AND NOW, this 27th day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff U.S. Bank National Association, as Trustee Successor-in-Interest to Bank of America, N.A., as Trustee, Successor to Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Pass-Through Certificates, Series 2006-C23 for summary judgment (Doc. #12) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.